ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                             )
                                                        )
Paragon Defense Solutions Inc.                          )    ASBCA No. 64311
                                                        )
Under Contract No. SPE7L3-23-P-1762                     )

APPEARANCE FOR THE APPELLANT:        Mr. Weiwei Jian
                                       President

APPEARANCES FOR THE GOVERNMENT:      Gary P. Bilski, Esq.
                                       DLA Chief Trial Attorney
                                     John J. Pritchard, Esq.
                                     Adam J. Heer, Esq.
                                     Julie K. Phillips, Esq.
                                       Trial Attorneys
                                       DLA Land and Maritime
                                       Columbus, OH

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  January 15, 2026

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64311, Appeal of Paragon Defense Solutions, rendered in conformance with the Board's Charter.

Dated:  January 15, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals